# Exhibit A

State of Alabama
Unified Judicial System

Form ARCiv-93 Rev.9/18

# COVER SHEET
## CIRCUIT COURT – CIVIL CASE
(Not For Domestic Relations Cases)

Case Number: CV 2021
Date of Filing: 02 09 2021 (Month Day Year)
Judge Code:

**GENERAL INFORMATION**

IN THE CIRCUIT COURT OF Dallas (Name of County), ALABAMA

Organpi Farms LLC (Dr. Fulford) (Plaintiff) v. Nationwide / Scottsdale Insurance (Defendant)

First Plaintiff: [x] Business [ ] Individual [ ] Government [ ] Other

First Defendant: [x] Business [ ] Individual [ ] Government [ ] Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- [ ] WDEA - Wrongful Death
- [ ] TONG - Negligence: General
- [ ] TOMV - Negligence: Motor Vehicle
- [ ] TOWA - Wantonness
- [ ] TOPL - Product Liability/AEMLD
- [ ] TOMM - Malpractice-Medical
- [ ] TOLM - Malpractice-Legal
- [ ] TOOM - Malpractice-Other
- [ ] TBFM - Fraud/Bad Faith/Misrepresentation
- [ ] TOXX - Other: ______

**TORTS: PERSONAL INJURY**
- [ ] TOPE - Personal Property
- [ ] TORE - Real Property

**OTHER CIVIL FILINGS**
- [ ] ABAN - Abandoned Automobile
- [ ] ACCT - Account & Nonmortgage
- [ ] APAA - Administrative Agency Appeal
- [ ] ADPA - Administrative Procedure Act
- [ ] ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- [ ] MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- [ ] CVRT - Civil Rights
- [ ] COND - Condemnation/Eminent Domain/Right-of-Way
- [ ] CTMP - Contempt of Court
- [ ] CONT - Contract/Ejectment/Writ of Seizure
- [ ] TOCN - Conversion
- [ ] EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- [ ] CVUD - Eviction Appeal/Unlawful Detainer
- [ ] FORJ - Foreign Judgment
- [ ] FORF - Fruits of Crime Forfeiture
- [ ] MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- [ ] PFAB - Protection From Abuse
- [ ] EPFA - Elder Protection From Abuse
- [ ] FELA - Railroad/Seaman (FELA)
- [x] RPRO - Real Property
- [ ] WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- [ ] COMP - Workers' Compensation
- [ ] CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (*check one*): F [x] INITIAL FILING  A [ ] APPEAL FROM DISTRICT COURT  O [ ] OTHER: ______

R [ ] REMANDED  T [ ] TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** [ ] YES [x] NO

Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** [x] MONETARY AWARD REQUESTED [ ] NO MONETARY AWARD REQUESTED

ATTORNEY CODE:

2/9/2021
Date

[signature] Organpi Farms
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** [ ] YES [x] NO [ ] UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** [ ] Yes [ ] No

# In the Circuit Court of Dallas County, Alabama

Case Number: CV · 2021 · 7

Organpi Farms, LLC ( Dr. Portia Fulford)

PLAINTIFF

VS

Scottsdale Insurance Company Represented by Phelps Dunbar, LLP.

DEFENDANT

## Statement of Claim on 2/9/2021 for Claim Number 01937231

This bad faith insurance claim of $740,000.00 comes after the Scottsdale Insurance Company represented by Phelps Dunbar, LLP deliberately underpaid my business claim, engaged in unethical insurance interrogation practices, and discriminated openly based on race, and minority ownership of an African American owned business. They refuse to pay an adequate claim after all documentation was submitted including pictures, bank records, estimates, and mold reports.

Over the past year my business has been ruined and could not reopen because our roof was torn off, the interior was flooded with rain, all of my furnishings business equipment was lost, and the building in near collapsing. I have lost all business income since the storm in January 2020, resulting from Scottsdale Insurance Company refusal to honor the claim, replace the roof, and cover my business income as afforded by the policy.

Below are the merits of the bad faith claim. Due to not adequately paying this claim, the damages continues to escalate physically and financially for the business.

1. Replace the entire roof as damaged by the storm in the amount of $175,000.00. You were notified immediately, provided estimates, and sent pictures of the damages; yet you refused to pay.

FIL[illegible]
DALLAS [illegible]

FEB 0[illegible] 2021

Lynnethia R. Bennett
Circuit Clerk

2. Replace the complete interior of the restaurant, and ALL of the damaged equipment which has deteriorated due to excessive water damage caused by NOT replacing the roof in the amount of $215,000.00. You were provided pictures and invoices where my company improved the property and made the initial investments. You refuse the pay for the damaged caused on the interior.

3. Pay the loss of income for January 2020 – February 2021 resulting from not having a roof, water damaged interior, mold damage in the amount of $350,000.00 as verified as earned gross revenue from 2019. This amount represents a compounded loss due to non payment.

4. During conversations with Nationwide Insurance Claims department, your employee openly commented on my race, and the claim negatively. I was discriminated against, and the claim was reduced in merit because I am a African American woman. I have also found that this a repeated pattern for the company, and that other minority business owners have filed a Class Action Lawsuit against the company.

I attached invoices, pictures, evidence, and estimates in the claims process.

Dr. Portia Fulford

Organpi Farms, LLC

786-423-4885

FILED IN OFFICE
DALLAS COUNTY COURTS

FEB 0 9 2021

Douglas M. Kleeman
365 CANAL ST STE 2000
NEW ORLEANS LA 70130-6534

ORGANPI FARMS LLC
CPS3119837

SPECIAL HANDLING: N OVERNIGHT: N
ATTACHMENT: N RETURN: N CERTIFIED: N Examiner

| AGENT | CHECK DATE | CHECK NO |
|---|---|---|
| 01004 | 06/19/2020 | [redacted] |

| INVOICE NO. | INV. DATE | AMOUNT | POLICY # | CLAIM # | EXPOSURE | DATE OF LOSS |
|---|---|---|---|---|---|---|

FILED IN OFFICE
DALLAS COUNTY COURTS

FEB 09 2021

Lynnethia R. Bennett
Circuit Clerk

G-2002-2D-0320-00

THIS IS WATERMARKED PAPER - HOLD TO LIGHT TO VERIFY WATERMARK

Nationwide®

JPMorgan Chase Bank, N.A.
Columbus, OH

56-1544/441

Scottsdale Insurance Company

CHECK NUMBER: [redacted]

DATE: 06/19/2020

$2,051.00

PAY: Two Thousand Fifty One dollars and no cents

Payment for business income loss for four months

TO THE ORDER OF ORGANPI FARMS LLC

CLAIM NO. [redacted]

[redacted]

7020 1810 0002 0197 3836

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$ CV-2021-7-D001

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ ______
- ☐ Return Receipt (electronic) $ ______
- ☐ Certified Mail Restricted Delivery $ ______
- ☐ Adult Signature Required $ ______
- ☐ Adult Signature Restricted Delivery $ ______

Postage
$

Total Postage and Fees
$ $12.15

Postmark Here

Sent To
Scottsdale Insurance

Street and Apt. No., or PO Box No.
365 Canal St. Suite 200

City, State, ZIP+4®
New Orleans, LA 70130

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

phelps

Phelps Dunbar LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130
504 566 1311

February 19, 2021

19963-5065

Douglas M. Kleeman
Counsel
doug.kleeman@phelps.com
Direct 504 584 9342

FILED IN OFFICE
DALLAS COUNTY COURTS
FEB 22 2021
Lynnethia R. Bennett
Circuit Clerk

**VIA FACSIMILE – 334-877-0637**
**AND CERTIFIED MAIL RETURN RECEIPT REQUESTED**
**NO. 70202450000012051203**

Hon. Lynnethia Bennett
Circuit Clerk of Dallas County
P.O. Box 1148
Selma, Alabama 36702-1148

Re: *Organpi Farms, LLC (Dr. Portia Fulford) vs. Scottsdale Insurance Company*
State of Alabama, Circuit Clerk of Dallas County
Docket No. CV-2021-0000007.00

Dear Ms. Bennett:

A summons and Complaint directed to Scottsdale Insurance Company ("Scottsdale") in the above-captioned suit were delivered via certified mail to our law firm by Your Honor's office, with the envelope addressed to me personally. The address to which the service was mailed – 365 Canal Street, Suite 2000, New Orleans, LA 70130 – is the address of our law firm, Phelps Dunbar LLP. Neither I nor Phelps Dunbar LLP is Scottsdale's agent for service, and we are not authorized to accept service on Scottsdale's behalf.

I send this letter on behalf of Phelps Dunbar LLP and myself, only. This letter is not a response by Scottsdale to the above-captioned lawsuit, and it should not be construed as a response by Scottsdale or a waiver of any rights of Scottsdale. Rather, it is intended to advise Your Honor that the service directed to Scottsdale that was sent to our office cannot be accepted. Please do not hesitate to contact me with any questions.

Sincerely,

Douglas M. Kleeman

DMK/lah

cc: Organpi Farms, LLC (Dr. Portia Fulford)
Via U.S. Mail and
Certified Mail Return Receipt No. 70202450000012051210
609 Tremont Street
Selma, Alabama 36701

phelps

Phelps Dunbar LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130

CERTIFIED MAIL™

7020 2450 0000 1205 1203

NEW ORLEANS LA 700
19 FEB 2021 PM 1 L

Hon. Lynnethia Bennett
Circuit Clerk of Dallas County
P.O. Box 1148
Selma, Alabama 36702-1148

19963-5065

36702-114848

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: EDGAR ELLIOTT**

alacourt.com

County: **27** Case Number: **CV-2021-000007.00** Court Action:
Style: **ORGANPI FARMS, LLC VS SCOTTSDALE INSURANCE COMPANY**

Real Time

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 27-DALLAS | Case Number: | CV-2021-000007.00 | Judge: | MWW:MARVIN W. WIGGINS |
| Style: | ORGANPI FARMS, LLC VS SCOTTSDALE INSURANCE COMPANY | | | | |
| Filed: | 02/09/2021 | Case Status: | ACTIVE | Case Type: | REAL PROPERTY |
| Trial Type: | BENCH | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 1 | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | 02/09/2021 | Updated By: | MEJ |

## Parties

### Party 1 - Plaintiff BUSINESS - ORGANPI FARMS, LLC

#### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | ORGANPI FARMS, LLC | | | Type: | B-BUSINESS |
| Index: | SCOTTSDALE INS | Alt Name: | | Hardship: | No | JID: | MWW |
| Address 1: | DR. PORTIA FULFORD | | | Phone: | (334) 000-0000 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | 609 TREMONT STREET | | | | | | |
| City: | SELMA | State: | AL | Zip: | 36701-0000 | Country: | US |
| SSN: | | DOB: | | Sex: | | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|

## *Party 2 - Defendant BUSINESS - SCOTTDALE INSURANCE*

## Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | SCOTTDALE INSURANCE | | | Type: | B-BUSINESS |
| Index: | ORGANPI FARMS | Alt Name: | | Hardship: | No | JID: | MWW |
| Address 1: | 365 CANAL STREET | | | Phone: | (334) 000-0000 | | |
| Address 2: | | | | | | | |
| City: | NEW ORLEANS | State: | LA | Zip: | 70130-0000 | Country: | US |
| SSN: | | DOB: | | Sex: | | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | CM 7020 1810 0002 0197 3836 | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | 02/09/2021 | Issued Type: | C-CERTIFIED MAIL | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $12.15 | $12.15 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $310.00 | $310.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | **Total:** | $367.15 | $367.15 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/2021 | RECEIPT | AOCC | 2021062 | 701050 | $12.15 | C001 | 000 | | N | | | MEJ |
| 02/09/2021 | RECEIPT | CV05 | 2021062 | 701051 | $310.00 | C001 | 000 | | N | | | MEJ |
| 02/09/2021 | RECEIPT | VADM | 2021062 | 701052 | $45.00 | C001 | 000 | | N | | | MEJ |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 2/9/2021 | 11:38 AM | FILE | FILED THIS DATE: 02/09/2021 (AV01) | MEJ |
| 2/9/2021 | 11:38 AM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | MEJ |
| 2/9/2021 | 11:38 AM | ASSJ | ASSIGNED TO JUDGE: MARVIN W. WIGGINS (AV01) | MEJ |
| 2/9/2021 | 11:38 AM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | MEJ |
| 2/9/2021 | 11:38 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | MEJ |
| 2/9/2021 | 11:38 AM | ORIG | ORIGIN: INITIAL FILING (AV01) | MEJ |
| 2/9/2021 | 11:38 AM | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | MEJ |
| 2/9/2021 | 11:41 AM | C001 | C001 PARTY ADDED: ORYANPI FARMS, LLC (AV02) | MEJ |
| 2/9/2021 | 11:41 AM | C001 | INDIGENT FLAG SET TO: N (AV02) | MEJ |
| 2/9/2021 | 11:41 AM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | MEJ |
| 2/9/2021 | 11:42 AM | D001 | D001 PARTY ADDED: SCOTTDALE INSURANCE (AV02) | MEJ |
| 2/9/2021 | 11:42 AM | D001 | INDIGENT FLAG SET TO: N (AV02) | MEJ |
| 2/9/2021 | 11:42 AM | D001 | CERTIFIED MAI ISSUED: 02/09/2021 TO D001 (AV02) | MEJ |
| 2/9/2021 | 11:42 AM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | MEJ |
| 2/9/2021 | 12:03 PM | EMOT | C001-OTHER - MOTION OF COMPLAINT (REAL PROPERTY) FILED ON 2/9/2021 12:03 PM. | MEJ |
| 2/9/2021 | 12:04 PM | ESCAN | SCAN - FILED 2/9/2021 - EXHIBITS | MEJ |
| 2/9/2021 | 12:04 PM | ESCAN | SCAN - FILED 2/9/2021 - EXHIBITS | MEJ |
| 2/9/2021 | 12:29 PM | C001 | C001 NAME CHANGED FROM: ORYANPI FARMS, LLC (AV02) | MEJ |
| 2/9/2021 | 12:29 PM | ESCAN | SCAN - FILED 2/9/2021 - CERTIFIED MAIL | MEJ |
| 2/10/2021 | 12:08 AM | JEMOT | C001-OTHER /NO ACTION | J |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 2/9/2021 12:03:16 PM | 1 | DOCKETED MOTION | MOTION - OTHER - MOTION OF COMPLAINT (REAL PROPERTY)<br>DOCKETED MOTION - Other - motion of complaint (real property) | 3 |
| 2/9/2021 12:04:20 PM | 3 | EXHIBITS | REDACTED - | 1 |

| | | | | |
|---|---|---|---|---|
| 2/9/2021 12:29:11 PM | 4 | CERTIFIED MAIL | SCOTTDALE INSURANCE | 1 |

***END OF THE REPORT***