IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORGANPI FARMS, LLC, *et al.*, | * |
| | * |
|     Plaintiffs, | * |
| | * |
| vs. | * CIVIL ACTION NO. 21-00092-JB-B |
| | * |
| SCOTTSDALE INSURANCE COMPANY, | * |
| | * |
|     Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated May 5, 2021 (Doc. 8) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** for Plaintiffs' failure to prosecute and obey the Court's order.

**DONE** and **ORDERED** this the 27th day of May, 2021.

                                        /s/ JEFFREY U. BEAVERSTOCK
                                        UNITED STATES DISTRICT JUDGE